STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LACKAWANNA RAILROAD COMPANY OF NEW JERSEY, PLAINTIFF IN ERROR.

Argued December 5, 1911—Decided March 4, 1912.

On error to the Supreme Court, whose opinion is reported in 52 *Vroom* 181.

For the state, *Henry Huston.*

For the defendant, *Maximilian M. Stallman.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons stated by the Chief Justice in delivering the opinion of the Supreme Court.

We think that the charge of the trial judge did not amount to a direction of a verdict for the state, although the necessary logical result of his charge was a verdict of guilty. It is unnecessary, therefore, to pass upon the right of the court to direct a verdict for the state upon the trial of an indictment.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, JJ. 12.

*For reversal*—None.